IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARRYL PERRY, #B-66780 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 17-3185 |
| ) | |
| JOHN BALDWIN, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

NOW COMES the Defendant, LISA HOPP, by and through her attorney, Kwame Raoul, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b)(A), moves for an extension of time of 45 days, up to and including February 14, 2020, in which to complete discovery.

1.  On January 7, 2019, counsel for the Defendant filed a Motion for Extension of Time to Complete Discovery, citing Plaintiff's last minute notification that he would be unable to attend a deposition previously scheduled for December 11, 2018. (Doc. 49)

2.  On January 14, 2019, this Court granted Defendant's Motion and extended the discovery deadline to March 8, 2019 and the dispositive motion deadline to April 8, 2019. (January 14, 2019 Text Order)

3.  On February 15, 2019, each of the parties were notified and agreed to schedule Plaintiff's deposition for March 7, 2019 at 11:00am. This was the third scheduling of Plaintiff's deposition. (Doc. 50, Ex. 1)

4.  On March 7, 2019, Plaintiff failed to appear for the previously scheduled deposition. (Doc. 50)

5.  On March 12, 2019, Defendants filed a Joint Motion to Dismiss for failure to comply with a court order or the rules of civil procedure. (Doc. 50)

6.  On November 12, 2019, the Court denied Defendants' joint motion to dismiss. Further, the Court lifted the discovery stay and amended the scheduling order stating that discovery closes on December 31, 2019 and dispositive motions are due no later than January 31, 2020. (Doc. 56).

7.  Undersigned counsel was unable to previously schedule the deposition of Plaintiff due to other cases that have required travel and multiple days out of the office. Due to the undersigned counsel's active case load, schedule, and Thanksgiving weekend, she has been unable to contact Plaintiff and Co-Defendants counsel to schedule a date for Plaintiff's deposition. In the past month, the undersigned has: attended four depositions, all requiring long commutes; a *McDougle* hearing in *People v. Shivers*, 98-CF-1238 (Champaign Co.), a federal jury trial in *Grant v. Hankins*, 17-4019 (C.D. Ill.), and prepared responses to discovery *Greyer v. Badman*, 18-3070 (C.D. Ill).

8.  As Plaintiff did not appear for his March 2019 deposition, Defendant still requires an opportunity to depose the Plaintiff.

9.  Given there have been difficulties with scheduling in the past, the undersigned counsel requires additional time to select a deposition date that is amenable to Plaintiff's schedule.

10.  On December 12, 2019, undersigned counsel was able to speak with Plaintiff regarding this motion and he does not have any objection. Further, Plaintiff will be providing counsel with a date that he can obtain transportation to and from the deposition.

11. Accordingly, Defendant requests an extension of 45 days, up to and including February 14, 2020, in which to complete discovery and depose Plaintiff, and 75 days, up to and including March 16, 2020 to file dispositive motions.

12. Defendants do not file this Motion to unduly delay the case or prejudice the Plaintiff.

WHEREFORE, Defendants respectfully request this honorable Court grant their Motion to extend discovery 45 days, up to and including February 14, 2020.

Respectfully submitted,

LISA HOPP,

Defendants,

KWAME RAOUL, Illinois Attorney General,

Attorney for Defendants,

By: s/Maria D. Gray
Maria D. Gray #6323981
Assistant Attorney General

Maria D. Gray #6323981
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
(217) 524-5091 Fax
Email: mgray@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DARRYL PERRY, #B-66780 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 17-3185 |
| | ) |
| JOHN BALDWIN, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2019, the foregoing document, Motion to Extend Discovery, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Brent J. Colbert        bcolbert@cassiday.com

and I hereby certify that on this date, I mailed by United States Postal Service, the document to the following non-registered participant in an envelope properly addressed and fully prepaid:

Darryl Perry
12136 South Wentworth Ave
Chicago, IL 60628

Respectfully submitted,

By s/Maria D. Gray
Maria D. Gray #6323981
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 782-5819 Phone
(217) 524-5091 Fax
E-Mail: mgray@atg.state.il.us